COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ABATEMENT ORDER

Appellate case name:     Watts Regulator Co. v. Texas Farmers Insurance Co.as Subrogee of
                         Juan Perez

Appellate case number:   01-16-00668-CV

Trial court case number: 2015-37398

Trial court:             127th District Court of Harris County

On November 4, 2016, the parties filed a joint motion to abate this appeal for 90 days because they have agreed to a settlement in principal and are in the process of finalizing settlement terms. The motion to abate is **granted**.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket on February 2, 2017, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                         Acting individually

Date:  November 8, 2016